# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

A. Joseph Raetano,

    Plaintiff,

v.                                    Case No.: 8:09-cv-179-T-33TBM

Aldo Cairo,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's Motion for a More Definite Statement (the "Motion," Doc. 13) and Plaintiff's Response in Opposition (Doc. 14). For the reasons that follow, the Motion will be granted.

This case was filed under the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. (the "ADA"). The Court issued an ADA Scheduling Order in this case (Doc. 9). The ADA Scheduling Order sets forth certain deadlines with which the parties must comply. The ADA Scheduling Order also makes clear which party bears responsibility for a specific deadline's completion. Paragraph One of the ADA Scheduling Order requires Plaintiff to answer the Court's interrogatories (Doc. 9 at 1). Plaintiff complied with the Court's directive and filed his answers (the "Answers," Doc. 12).

Defendant complains in the Motion that the Answers are "generic." Defendant further claims that in none of the ADA Cases Plaintiff filed, in which the Court requires answers to its interrogatories, has Plaintiff provided anything but "vague, generic and general answers." (Doc. 13 at 1). Defendant supports his claims with a thorough review of the generic nature

and inadequacies of the Answers in this and other cases (Doc. 13 at 2-4). Plaintiff responds that the Answers are adequate because they provide Defendant with "more than enough information to proceed." (Doc. 14 at 2). Plaintiff further claims that he will be inspecting Defendant's property and providing a full "Rule 34 inspection report." (Doc. 14 at 2).

Plaintiff's impending Rule 34 inspection report does not relieve Plaintiff of his duty to provide detailed and specific answers to the Court's interrogatories. The Answers provided are clearly deficient and that deficiency needs to be remedied.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

The Motion (Doc. 13) is **GRANTED**. Plaintiff shall file detailed and specific answers to the Court's interrogatories within seven days of the date of this Order. Plaintiff is further advised that, henceforth, he is to provide detailed and specific answers to the Court's interrogatories in any case filed in the Middle District pending before the Undersigned. Finally, Plaintiff is advised that, upon completion of this case, if Plaintiff prevails, he will not be awarded attorney's fees for the time spent on the preparation and filing of the Answers.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 29th day of July 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record